IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:09-CR-33-FL-1
NO. 7:11-CV-144-FL

| | |
|---|---|
| JOSHUA HUNT, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Respondent. ) | ORDER |

This matter comes now before the court for its review upon petitioner's apparent failure to correct his deficient motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255, filed on July 13, 2011, lodged on the docket at entry no. 132. On July 16, 2011, on order was entered, wherein petitioner was noticed by this court that his motion was not in compliance with the Rules governing § 2255 proceedings and Local Civil Rule 81.2, and petitioner was directed to correct the deficiency within fourteen (14) days. Petitioner was provided with the correct forms by the clerk's office and noticed that failure to return the forms could result in dismissal of the action.

As of this date, there has been no effort, as reflected on the record, by petitioner to comply with the order of this court. No good cause having been demonstrated as to why petitioner has not complied, this action is DISMISSED without prejudice.

SO ORDERED, this the 2nd day of December, 2011.

LOUISE W. FLANAGAN
United States District Judge